IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANGELO IAFRATE CONSTRUCTION, L.L.C.**                                  **PLAINTIFF**

V.                                                                                           **1:03CV187LG-RHW**

**BOND PAVING CO., INC. AND**
**R.L.I. INSURANCE CO.**                                                          **DEFENDANTS**

**BOND PAVING CO., INC.**                                                       **COUNTER-CLAIMANT**

V.

**ANGELO IAFRATE CONSTRUCTION, L.L.C.**
**AND CONTINENTAL INSURANCE CO.**                                **COUNTER-DEFENDANTS**

## JUDGMENT

This action came on for non-jury trial before the Court on the 11th day of October, 2005, Honorable Louis Guirola, Jr., United States District Judge, presiding, wherein the parties appeared and announced ready for trial. Having considered the evidence, arguments of counsel, and the parties proposed findings of fact and conclusions of law, the Court concludes that in accord with the Findings of Fact and Conclusions of Law entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff, James Construction Group, LLC, f/k/a Angelo Iafrate Construction, L.L.C., shall recover of the Defendants, Bond Paving Co., Inc. and R.L.I. Insurance Company, the total sum of $38,807.51, with interest at the rate of 4.50% per annum until paid in full, plus attorney fees and costs of this action.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant's claims are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE